| Date | Name | Description | Hours | Rate | Total Fee | % Award | $ Award |
|---|---|---|---|---|---|---|---|
| 7/18/2012 | CCA | Digitize and email recent FOIA acknowledgment | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/2/2012 | CCA | Review, digitize FOIA letter | 0.1 | $75 | $7.50 | 0 | 0 |
| 3/12/2013 | CCA | Research re and email, tc FOIA atty Hoden. | 0.5 | $75 | $37.50 | 0 | 0 |
| 3/13/2013 | CCA | Tc FOIA atty | 0.2 | $75 | $15.00 | 0 | 0 |
| 3/15/2013 | CCA | Check DC docket | 0.1 | $75 | $7.50 | 0 | 0 |
| 3/20/2013 | SAH | Entry of Appearance | 0.5 | $300 | $150.00 | 0 | 0 |
| 3/21/2013 | CCA | Research Washington DC docket | 0.2 | $75 | $15.00 | 0 | 0 |
| 3/21/2013 | SAH | Initial Consultation w/AUSA on case | 0.5 | $300 | $150.00 | 0 | 0 |
| 4/9/2013 | SAH | Letter to AUSA – re: scope of search | 0.5 | $300 | $150.00 | 0 | 0 |
| 7/26/2013 | CCA | Check DC docket | 0.1 | $75 | $7.50 | 0 | 0 |
| 8/5/2013 | CCA | Check DC docket | 0.1 | $75 | $7.50 | 0 | 0 |
| 8/21/2013 | CCA | Email Scott Hodes re draft FOIA letters | 0.1 | $75 | $7.50 | 0 | 0 |
| 8/22/2013 | CCA | Emails RW, SH re FOIAs | 0.2 | $75 | $15.00 | 0 | 0 |
| 8/26/2013 | SAH | Draft opposed Motion for enlargement of time | 1 | $300 | $300.00 | 0 | 0 |
| 9/11/2013 | CCA | Review emails S Hodes re Govt Motion for Summary Judgment | 0.2 | $75 | $15.00 | 0 | 0 |
| 9/11/2013 | SAH | Draft/edit Opposition to Motion for Summary Judgment | 1 | $300 | $300.00 | 0 | 0 |
| 9/16/2013 | SAH | Draft/edit Opposition to Motion for Summary Judgment | 1 | $300 | $300.00 | 0 | 0 |
| 9/17/2013 | SAH | Draft/edit Opposition to Motion for Summary Judgment | 1 | $300 | $300.00 | 0 | 0 |
| 9/18/2013 | SAH | Draft/edit Opposition to Motion for Summary Judgment | 1 | $300 | $300.00 | 0 | 0 |
| 9/24/2013 | SAH | Draft/edit Opposition to Motion for Summary Judgment | 1.5 | $300 | $450.00 | 0 | 0 |
| 9/25/2013 | SAH | Draft/edit Opposition to Motion for Summary Judgment | 1 | $300 | $300.00 | 0 | 0 |
| 9/26/2013 | SAH | Consultation with client regarding Defendant's Motion for Summary | 0.5 | $300 | $150.00 | 0 | 0 |
| 9/30/2013 | SAH | Draft/edit opposition for summary judgment | 0.5 | $300 | $150.00 | 0 | 0 |
| 10/1/2013 | CCA | Review Hodes emails re FOIAs | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/3/2013 | CCA | Draft emails JE re DC case decls; | 0.3 | $75 | $22.50 | 0 | 0 |
| 10/3/2013 | CCA | Scan and email HB certificate of ID to Hodes. | 0.2 | $75 | $15.00 | 0 | 0 |
| 10/3/2013 | CCA | Monitor DC case documents. | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/3/2013 | CCA | Draft, review HB/JE decls re DC case. | 2.2 | $75 | $165.00 | 0 | 0 |
| 10/3/2013 | CCA | Draft memo to S Hodes re HB thoughts re DC case motion. | 1.9 | $75 | $142.50 | 0 | 0 |
| 10/3/2013 | CCA | Email S Hodes re HB thoughts re draft motion. | 0.4 | $75 | $30.00 | 0 | 0 |
| 10/4/2013 | CCA | Emails S Hodes re HB, Islip references in recent govt doc. | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/4/2013 | CCA | Email JE re DC decl. | 0.3 | $75 | $22.50 | 0 | 0 |
| 10/7/2013 | CCA | Tcs S Hodes re DC case. | 0.1 | $75 | $7.50 | 0 | 0 |

| Date | | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 10/7/2013 | CCA | Edit HB, JE decls; prepare supporting documentation. | 1.4 | $75 | $105.00 | 0 | 0 |
| 10/7/2013 | CCA | Draft emails S Hodes re HB concerns, decls. | 1 | $75 | $75.00 | 0 | 0 |
| 10/7/2013 | CCA | Emails JE re decls. | 0.2 | $75 | $15.00 | 0 | 0 |
| 10/7/2013 | SAH | Draft/edit opposition for summary judgment | 3 | $300 | $900.00 | 0 | 0 |
| 10/8/2013 | CCA | Edit HB decl. | 0.3 | $75 | $22.50 | 0 | 0 |
| 10/8/2013 | CCA | Drive to Twin Towers jail facility to conf HB, R/T. | 1.5 | $75 | $112.50 | 0 | 0 |
| 10/8/2013 | CCA | Conf HB, have HB sign decl for DC case. | 2.1 | $75 | $157.50 | 0 | 0 |
| 10/8/2013 | CCA | Scan HB decl for transmission to S Hodes for filing; prepare decl exhs. | 0.6 | $75 | $45.00 | 0 | 0 |
| 10/8/2013 | CCA | Emails S Hodes re re HB, DC case. | 0.3 | $75 | $22.50 | 0 | 0 |
| 10/9/2013 | CCA | Tc HB. | 0.3 | $75 | $22.50 | 0 | 0 |
| 10/9/2013 | CCA | Acquire and format JE decl for DC case. | 0.3 | $75 | $22.50 | 0 | 0 |
| 10/9/2013 | CCA | Review DC filing, decls. | 0.2 | $75 | $15.00 | 0 | 0 |
| 10/9/2013 | SAH | Draft/edit opposition for summary judgment | 2 | $300 | $600.00 | 0 | 0 |
| 10/10/2013 | CCA | Email S Hodes re HB msgs. | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/15/2013 | CCA | Check DC docket. | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/17/2013 | CCA | Organize DC case file materials. | 0.1 | $75 | $7.50 | 0 | 0 |
| 10/31/2013 | CCA | Review Hodes FOIA response letter re NARA. | 0.1 | $75 | $7.50 | 0 | 0 |
| 3/17/2014 | CCA | Emails SB, Hodes re developments. | 0.2 | $75 | $15.00 | 0 | 0 |
| 3/18/2014 | CCA | Emails Hodes re HB reqs. | 0.2 | $75 | $15.00 | 0 | 0 |
| 3/19/2014 | CCA | Emails S Hodes re DC appeal; FOIA re BW visiting logs. | 0.2 | $75 | $15.00 | 0 | 0 |
| 3/19/2014 | CCA | Draft HB DC Notice of Appeal. | 0.2 | $75 | $15.00 | 0 | 0 |
| 3/20/2014 | CCA | Drive to Fedex to file HB DC NOA. | 0.5 | $75 | $37.50 | 0 | 0 |
| 3/26/2014 | CCA | Check HB DC court docket. | 0.1 | $75 | $7.50 | 0 | 0 |
| 4/12/2014 | CCA | Email S Hodes re trial status. | 0.1 | $75 | $7.50 | 0 | 0 |
| 4/12/2014 | CCA | Assemble and email L Millard re HB DC notice of appeal. | 0.3 | $75 | $22.50 | 0 | 0 |
| 4/23/2014 | CCA | Check HB DC COA docket. | 0.2 | $75 | $15.00 | 0 | 0 |
| 5/8/2014 | CCA | Check HB DC COA docket. | 0.1 | $75 | $7.50 | 0 | 0 |
| 5/19/2014 | CCA | Email S Hodes re EOUSA appeal. | 0.1 | $75 | $7.50 | 0 | 0 |
| 5/28/2014 | CCA | Emails S Hodes re EOUSA appeal. | 0.1 | $75 | $7.50 | 0 | 0 |
| 6/24/2014 | CCA | Tcs JE office re HB DC appeal. | 0.3 | $75 | $22.50 | 0 | 0 |
| 6/24/2014 | CCA | Assemble exhibits, email JE office re HB DC appeal. | 0.4 | $75 | $30.00 | 0 | 0 |
| 6/30/2014 | SAH | Phone call w/defendants' representatives and client regarding civil finding of responsive records | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 8/4/2014 | CCA | Organize DC case files (to prepare to transmit to TL). | 0.7 | $75 | $52.50 | 0.3 | 15.75 |

| Date | Initials | Description | Hours | Rate | Amount | Factor | Result |
|---|---|---|---|---|---|---|---|
| 8/6/2014 | TEL | Review/analyze FOIA Briefs/Filings and associated case authorities in DC federal court case for possible procedural or other filing steps | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 8/7/2014 | TEL | Review/analyze FOIA Briefs/Filings and associated case authorities in DC federal court case for possible procedural or other filing steps | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 8/8/2014 | CCA | Research DC Circuit docket. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 10/1/2014 | TEL | Consultation with client and FOIA counsel regarding denial of request for Granger termination documents and administrative appeal; review FOIA letter regarding same | 1.2 | $350 | $420.00 | 0.3 | 126 |
| 10/31/14 | HWA | Teleconference with T. Lewis re: DDC case; research same | 1 | $200 | $200.00 | 0.3 | 60 |
| 11/14/2014 | CCA | Emails re and review DC order. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 11/24/14 | HWA | Teleconference with T. Lewis re: D.C. Circuit mandate; prepare motion to issue mandate | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 11/24/2014 | TEL | Edit and transmit motion for issuance of mandate instater in DC Circuit FOIA case; consultation with FOIA counsel | 0.4 | $350 | $140.00 | 0.3 | 42 |
| 12/1/2014 | TEL | Consultation with client and FOIA counsel regarding litigation in DC DCT | 0.8 | $350 | $280.00 | 0.3 | 84 |
| 12/3/2014 | SAH | Motion to expedite matter in appeals court | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 12/8/2014 | TEL | Consultation with client and FOIA counsel regarding litigation in DC DCT | 0.4 | $350 | $140.00 | 0.3 | 42 |
| 12/10/2014 | TEL | Consultation with FOIA counsel regarding FOIA litigation; draft/revise  pro hac vice filings for DC DCT | 0.9 | $350 | $315.00 | 0.3 | 94.5 |
| 12/12/2014 | TEL | Consultation with FOIA counsel regarding FOIA litigation; draft/revise  pro hac vice filings for DC DCT | 0.8 | $350 | $280.00 | 0.3 | 84 |
| 12/15/14 | HWA | Prepare draft letter to DOJ re: voluntary production of documents | 0.4 | $200 | $80.00 | 0.3 | 24 |
| 12/15/2014 | SAH | Filed Pro Hac Vice motions | 1 | $300 | $300.00 | 0.3 | 90 |
| 12/23/14 | HWA | Teleconference with S. Hodes and T. Lewis re: strategy; follow-up teleconference with T. Lewis re: same; prepare draft letter to AUSA re: next steps in DC FOIA case | 2.25 | $200 | $450.00 | 0.3 | 135 |
| 12/23/2014 | SAH | Draft letter to AUSA regarding settlement | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 12/23/2014 | TEL | Consultation with co-counsel regarding discovery, FOIA and Touhy litigation in DC OCT; draft/revise letter to government | 0.8 | $350 | $280.00 | 0.3 | 84 |
| 12/24/2014 | SAH | Draft letter to AUSA regarding settlement | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 12/24/2014 | TEL | Consultation with co-counsel regarding discovery, FOIA and Touhy litigation in DC DCT; draft/revise letter to government | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 12/31/2014 | SAH | Teleconference with AUSA regarding settlement and narrowing of litigation | 1 | $300 | $300.00 | 0.3 | 90 |
| 12/31/2014 | TEL | Consultation with co-counsel and Special AUSA regarding discovery, FOIA and Touhy litigation in district court; draft/revise possible search terms for | 1.5 | $350 | $525.00 | 0.3 | 157.5 |

| Date | Initials | Description | Hours | Rate | Amount | | |
|------|----------|-------------|-------|------|--------|---|---|
| 1/2/2015 | TEL | Consultation with client and counsel regarding discovery conference with DOJ in DC DCT litigation | 0.6 | $350 | $210.00 | 0.3 | 63 |
| 1/6/2015 | CCA | Emails TL re MPSB, FOIA. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 1/9/2015 | TEL | Consultation w/counsel regarding same and FOIA response from DOJ; consultation on next steps regarding DC litigation | 1.1 | $350 | $385.00 | 0.3 | 115.5 |
| 1/10/2015 | TEL | Draft/revise letter to AUSA handling DC FOIA case for disclosure of requested Granger file | 0.3 | $350 | $105.00 | 0.3 | 31.5 |
| 1/15/2015 | TEL | Consultation with client and co-counsel regarding FOIA litigation possibilities; draft letter to AUSA in DC DCT case regarding final proposal to narrow universe of documents | 1.1 | $350 | $385.00 | 0.3 | 115.5 |
| 1/16/2015 | TEL | Consultation with AUSA(s) regarding FOIA litigation and digitization of | 1.5 | $350 | $525.00 | 0.3 | 157.5 |
| 1/20/2015 | CCA | Review memo re framework of DC litigation. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 1/28/2015 | TEL | Consultation with co-counsel and AUSA regarding joint status report; draft/edit same | 1.4 | $350 | $490.00 | 0.3 | 147 |
| 1/29/2015 | TEL | Consultation with AUSA regarding joint status report; draft/edit same | 0.3 | $350 | $105.00 | 0.3 | 31.5 |
| 2/2/2015 | TEL | Consultation with AUSA regarding litigation / termination file | 0.2 | $350 | $70.00 | 0.3 | 21 |
| 2/7/2015 | CCA | Draft detailed email TL re Granger timetable, Corrigan. | 0.7 | $75 | $52.50 | 0.3 | 15.75 |
| 2/18/2015 | SAH | Draft/edit status report | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 2/18/2015 | TEL | Consultation with AUSA, client and other attorneys regarding status report, disclosure of Granger file, etc. in DC DCT; draft status report | 3.5 | $350 | $1225.00 | 0.3 | 367.5 |
| 2/19/2015 | CCA | Review draft JSR in DC, emails TL. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 2/20/2015 | CCA | Numerous emails TL re DC case. | 0.7 | $75 | $52.50 | 0.3 | 15.75 |
| 2/24/2015 | CCA | Emails TL re 103/DC hearings. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 2/24/2015 | CCA | Research DC docket. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 2/25/2015 | CCA | Emails TL re DC case. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 3/1/15 | HWA | Research FOIA Exemption 6; prepare proposed agenda for meeting with E. Young | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 3/2/2015 | TEL | Research, review/analyze FOIA authorities for DC DCT Conference; | 1.5 | $350 | $525.00 | 0.3 | 157.5 |
| 3/3/2015 | TEL | Preparation for DC DCT hearing; review/analyze FOIA case law; review/analyze FOIA requests; consultation with client and AUSA regarding | 4 | $350 | $1400.00 | 0.3 | 420 |
| 3/4/2015 | CCA | Tc TL re DC hrg. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 3/4/2015 | CCA | Research re DC hrg tx, email reporter. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 3/4/15 | HWA | Travel from GSP to DCA | 2.5 | $200 | $500.00 | 0.3 | 150 |
| 3/4/2015 | SAH | Attend status conference | 2 | $300 | $600.00 | 0.3 | 180 |
| 3/4/2015 | TEL | Preparation for DC DCT hearing; review/analyze FOIA case law; review/analyze FOIA requests; consultation with client and AUSA regarding same; attend and argue at hearing in DC DCT | 8 | $350 | $2800.00 | 0.3 | 840 |

| Date | Atty | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|
| 3/5/15 | HWA | Travel from DCA to GSP; meet with T. Lewis re: strategy; attend court | 6 | $200 | $1200.00 | 0.3 | 360 |
| 3/6/15 | HWA | Teleconference with T. Lewis re: strategy | 0.1 | $200 | $20.00 | 0.3 | 6 |
| 3/7/2015 | TEL | Review/analyze legal authority on FOIA standards in preparation for litigation in DC DCT; review law on applicability of Brady | 3 | $350 | $1050.00 | 0.3 | 315 |
| 3/9/2015 | TEL | Consultation with client, co-counsel and AUSA regarding Vauhgn index and disclosure of public and reasonably segregable records; research and draft letter regarding same | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 3/10/15 | HWA | Prepare draft letter to Young re: Vaughn index; review T. Lewis edits to same; numerous emails to T. Lewis re: strategy | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 3/12/2015 | TEL | Review/analyze DC DCT transcript; consultation with co-counsel and client regarding same | 1.3 | $350 | $455.00 | 0.3 | 136.5 |
| 3/13/15 | HWA | Study transcript and make notes re: same for use in connection with upcoming MSJ briefing | 1 | $200 | $200.00 | 0.3 | 60 |
| 3/13/2015 | SAH | Prepare analysis of FOIA issues discussed at conference | 2 | $300 | $600.00 | 0.3 | 180 |
| 3/13/2015 | TEL | Review/analyze DC DCT transcript in preparation for MSJ briefing; consultation with co-counsel and client regarding same | 2 | $350 | $700.00 | 0.3 | 210 |
| 3/16/2015 | TEL | Research, review/analyze FOIA case law for briefing in DC DCT; review/analyze government's Vaughn Index and associated filings; consultation with client regarding same | 3.1 | $350 | $1085.00 | 0.3 | 325.5 |
| 3/17/15 | HWA | Study Vaughn index and affidavit; participte in team conference call re: strategy; compose email re: same | 1.1 | $200 | $220.00 | 0.3 | 66 |
| 3/17/2015 | SAH | Prepare memo on FOIA issues for Motion for Summary Judgment | 1 | $300 | $300.00 | 0.3 | 90 |
| 3/17/2015 | TEL | Research, review/analyze FOIA case law for briefing in DC DCT; review/analyze government's Vaughn Index and associated filings; consultation with co-counsel and client regarding same | 3 | $350 | $1050.00 | 0.3 | 315 |
| 3/19/2015 | CCA | Research re and email TL re Corrigan letters. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 3/19/2015 | TEL | Research, review/analyze FOIA case law for briefing in DC DCT | 2 | $350 | $700.00 | 0.3 | 210 |
| 3/20/2015 | CCA | Research Granger cases, download. | 3.2 | $75 | $240.00 | 0.3 | 72 |
| 3/20/2015 | CCA | Emails TL re Corrigan. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 3/20/2015 | TEL | Research, review/analyze FOIA case law for briefing in DC DCT | 1 | $350 | $350.00 | 0.3 | 105 |
| 3/23/2015 | CCA | Research, download, review selected Granger dockets. | 3.5 | $75 | $262.50 | 0.3 | 78.75 |
| 3/23/2015 | CCA | Emails TL re various, including Granger litigation history. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 3/24/2015 | CCA | Review Granger files for relevance. | 1.3 | $75 | $97.50 | 0.3 | 29.25 |
| 3/24/15 | HWA | Participate in multiple teleconferences with T. Lewis re: strategy; revise motion re: briefing schedule | 0.8 | $200 | $160.00 | 0.3 | 48 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/24/2015 | SAH | Prepare motion for consolidation | 1 | $300 | $300.00 | 0.3 | 90 |
| 3/25/2015 | SAH | Prepare motion for consolidation | 1 | $300 | $300.00 | 0.3 | 90 |
| 3/27/2015 | CCA | Review 3-6-15 103 hrg tx; scan process and email TL. | 1.2 | $75 | $90.00 | 0.3 | 27 |
| 3/27/2015 | CCA | Review Granger cases. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 4/1/15 | HWA | Teleconference with T. Lewis; work on brief | 2.1 | $200 | $420.00 | 0.3 | 126 |
| 4/7/15 | HWA | Teleconference with T. Lewis re: briefing strategy | 0.2 | $200 | $40.00 | 0.3 | 12 |
| 4/9/2015 | CCA | Download additional Granger dockets; initial review against Vaughn Index language during process. | 2 | $75 | $150.00 | 0.3 | 45 |
| 4/12/15 | HWA | Research FOIA ; continue working on MSJ brief; email T. Lewis re: same; review S. Hodes edits to brief | 5 | $200 | $1000.00 | 0.3 | 300 |
| 4/13/2015 | TEL | Review/analyze case law on FOIA – draft/edit arguments | 1 | $350 | $350.00 | 0.3 | 105 |
| 4/14/15 | HWA | Continue research of FOIA and work on FOIA section of draft brief; teleconference with T. Lewis | 4 | $200 | $800.00 | 0.3 | 240 |
| 4/14/2015 | TEL | Review/analyze case law on FOIA – draft/edit arguments | 1 | $350 | $350.00 | 0.3 | 105 |
| 4/15/15 | HWA | Research FOIA; proofread and revise draft brief | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 4/15/2015 | TEL | Review/analyze case law on FOIA – draft/edit arguments | 1 | $350 | $350.00 | 0.3 | 105 |
| 4/16/2015 | TEL | Review/analyze case law on FOIA – draft/edit arguments | 1.3 | $350 | $455.00 | 0.3 | 136.5 |
| 4/20/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 3.7 | $350 | $1295.00 | 0.3 | 388.5 |
| 4/21/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 4.5 | $350 | $1575.00 | 0.3 | 472.5 |
| 4/22/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 2.7 | $350 | $945.00 | 0.3 | 283.5 |
| 4/23/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 2 | $350 | $700.00 | 0.3 | 210 |
| 4/24/15 | HWA | Teleconference with T. Lewis; research FOIA and finish draft argument section of brief re: same | 3 | $200 | $600.00 | 0.3 | 180 |
| 4/24/2015 | TEL | Draft/edit FOIA Argument Section | 3 | $350 | $1050.00 | 0.3 | 315 |
| 4/26/2015 | CCA | Research Granger files re Vaughn Index, list of attorneys to contact for TL. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 4/27/2015 | CCA | Research re and draft detailed memo TL re attorneys to call re Granger. | 2.5 | $75 | $187.50 | 0.3 | 56.25 |
| 4/27/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 2 | $350 | $700.00 | 0.3 | 210 |
| 4/28/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 6.3 | $350 | $2205.00 | 0.3 | 661.5 |
| 4/29/15 | HWA | Prepare draft protective order; study case memos; revise FOIA brief | 2.5 | $200 | $500.00 | 0.3 | 150 |
| 4/29/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs | 6 | $350 | $2100.00 | 0.3 | 630 |
| 4/30/15 | HWA | Teleconference with T. Lewis re: FOIA case ; revise FOIA brief and review multiple emails from T. Lewis | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 4/30/2015 | TEL | Draft/edit fact section for DC DCT consolidated briefs; consultation with Arnwine regarding same; review/analyze FOIA authorities; draft/edit FOIA argument | 7 | $350 | $2450.00 | 0.3 | 735 |
| 5/1/2015 | TEL | Review/analyze DOJ guidance documents on FOIA; draft/edit FOIA | 4.9 | $350 | $1715.00 | 0.3 | 514.5 |

| Date | Initials | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|
| 5/4/2015 | CCA | Emails TL re Granger case and attorney list. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 5/4/2015 | CCA | Download and review draft fact section, exhibits, MSJ. | 2.6 | $75 | $195.00 | 0.3 | 58.5 |
| 5/4/2015 | TEL | Review/analyze DOJ guidance documents on FOIA; draft/edit FOIA | 2 | $350 | $700.00 | 0.3 | 210 |
| 5/5/2015 | CCA | Draft email TL re MSJ, exhs. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 5/5/2015 | TEL | Review/analyze FOIA case law; draft/edit FOIA arguments for DC brief | 3 | $350 | $1050.00 | 0.3 | 315 |
| 5/9/15 | HWA | Study draft statement of facts for MSJ brief | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 5/9/2015 | TEL | Review/analyze FOIA case law; draft/edit DC DCT brief | 7 | $350 | $2450.00 | 0.3 | 735 |
| 5/11/2015 | TEL | Draft/revise DC DCT Brief; consultation with HWA regarding same; review/analze FOIA case law | 4 | $350 | $1400.00 | 0.3 | 420 |
| 5/12/2015 | TEL | Draft/revise DC DCT Brief; consultation with HWA regarding same; review/analze FOIA case law | 3 | $350 | $1050.00 | 0.3 | 315 |
| 5/13/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits | 6.5 | $350 | $2275.00 | 0.3 | 682.5 |
| 5/14/2015 | HPG | Prepare Exhibits | 2 | $50 | $100.00 | 0.3 | 30 |
| 5/14/15 | HWA | Study new draft statement of facts and make revisions to same | 1.1 | $200 | $220.00 | 0.3 | 66 |
| 5/14/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits; review/analyze FOIA case law | 6.5 | $350 | $2275.00 | 0.3 | 682.5 |
| 5/15/2015 | CCA | Review, annotate, revise statement of facts for MSJ; email TL. | 0.7 | $75 | $52.50 | 0.3 | 15.75 |
| 5/15/2015 | HPG | Prepare Exhibits | 2 | $50 | $100.00 | 0.3 | 30 |
| 5/15/15 | HWA | Study draft table re: contacts between CA and DOJ; revise same; research | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 5/15/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits | 5.5 | $350 | $1925.00 | 0.3 | 577.5 |
| 5/18/2015 | CCA | Download, review, and organize files from TL for MSJ. | 1.5 | $75 | $112.50 | 0.3 | 33.75 |
| 5/18/15 | HWA | Multiple teleconferences with T. Lewis re: FOIA strategy; revie and revise draft brief; research FOIA; revise draft statement of material facts and proposed order | 2.7 | $200 | $540.00 | 0.3 | 162 |
| 5/18/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits and additional filings for MSJ | 5 | $350 | $1750.00 | 0.3 | 525 |
| 5/19/2015 | SAH | Draft/edit MSJ | 1 | $300 | $300.00 | 0.3 | 90 |
| 5/19/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits and additional filings for MSJ | 5 | $350 | $1750.00 | 0.3 | 525 |
| 5/20/15 | HWA | Multiple teleconferences with T. Lewis re: FOIA briefing strategy; prepare draft declaration; perform spot research | 1 | $200 | $200.00 | 0.3 | 60 |
| 5/20/2015 | SAH | Draft/edit MSJ | 1 | $300 | $300.00 | 0.3 | 90 |
| 5/20/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits and additional filings for MSJ | 5 | $350 | $1750.00 | 0.3 | 525 |
| 5/21/2015 | CCA | Close review MSJ, identify typos. | 2 | $75 | $150.00 | 0.3 | 45 |
| 5/21/2015 | CCA | Draft emails TL re HB thoughts on MSJ (including necessary research). | 1.7 | $75 | $127.50 | 0.3 | 38.25 |
| 5/21/15 | HWA | Respond to T. Lewis emails re: briefing strategy; consider waiver issue; review cases; multiple teleconferences with T. Lewis | 0.7 | $200 | $140.00 | 0.3 | 42 |
| 5/21/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits and additional filings for MSJ | 6 | $350 | $2100.00 | 0.3 | 630 |
| 5/22/2015 | HPG | Prepare exhibits; formatting of final documents | 7 | $50 | $350.00 | 0.3 | 105 |

| Date | Initials | Description | Hours | Rate | Amount | Factor | Total |
|---|---|---|---|---|---|---|---|
| 5/22/15 | HWA | Respond to emails from T. Lewis; review draft statement of facts and table of exhibits | 1 | $200 | $200.00 | 0.3 | 60 |
| 5/22/2015 | SAH | Draft/edit MSJ | 2 | $300 | $600.00 | 0.3 | 180 |
| 5/22/2015 | TEL | Draft/revise DC DCT Brief; prepare exhibits and additional filings for MSJ | 6 | $350 | $2100.00 | 0.3 | 630 |
| 5/24/15 | HWA | Revise draft final brief | 0.7 | $200 | $140.00 | 0.3 | 42 |
| 5/25/15 | HWA | Review draft of brief and make comments re: same; draft proposed introduction | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 5/25/2015 | TEL | Final edits to brief and other MSJ documents | 2 | $350 | $700.00 | 0.3 | 210 |
| 5/26/2015 | HPG | Prepare exhibits; formatting and filing of final documents | 8 | $50 | $400.00 | 0.3 | 120 |
| 5/26/2015 | SAH | Filed MSJ | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 5/26/2015 | TEL | Final edits to brief and other MSJ documents | 2 | $350 | $700.00 | 0.3 | 210 |
| 5/29/2015 | SAH | Filed supplemental documents in support of MSJ | 0.3 | $300 | $90.00 | 0.3 | 27 |
| 7/15/2015 | CCA | Prepare Govt filings as unitary document for printing; PO docs. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 7/15/15 | HWA | Review DOJ filings re: MSJ | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 7/15/2015 | TEL | Review/analyze government response; consultation with co-counsel and client regarding same | 4.1 | $350 | $1435.00 | 0.3 | 430.5 |
| 7/16/2015 | CCA | Review Hodes thoughts on motion. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 7/16/2015 | TEL | Review/analyze government response; consultation with co-counsel and client regarding same | 3.1 | $350 | $1085.00 | 0.3 | 325.5 |
| 7/17/2015 | CCA | Review Govt Response to MSJ. Research re and annotate. | 3 | $75 | $225.00 | 0.3 | 67.5 |
| 7/17/2015 | TEL | Review/analyze government response; consultation with co-counsel and client regarding same | 2.6 | $350 | $910.00 | 0.3 | 273 |
| 7/18/15 | HWA | Continue study of government MSJ materials; re-review opening MSJ materials; research evidentiary objections; begin drafting reply brief | 4.5 | $200 | $900.00 | 0.3 | 270 |
| 7/19/2015 | CCA | Review Govt Response to MSJ, 3/4/2015 hearing transcript.Draft notes, emails TL. | 3.5 | $75 | $262.50 | 0.3 | 78.75 |
| 7/19/15 | HWA | Continue work on MSJ reply brief, including re: Vaughn Index, b5, and segrability | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 7/21/2015 | CCA | Further review and research re Govt Response and related issues. | 1 | $75 | $75.00 | 0.3 | 22.5 |
| 7/22/2015 | CCA | Research re and download all Ellen Huvelle opinions re FOIA/DOJ. Email TL. Additional research and notes re 3/4/2015 transcript. | 2.7 | $75 | $202.50 | 0.3 | 60.75 |
| 7/24/15 | HWA | Continue work on MSJ reply; study cases that the DOJ cited | 1 | $200 | $200.00 | 0.3 | 60 |
| 7/27/2015 | CCA | Review draft MSJ Reply. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 7/27/15 | HWA | Finish draft of reply for MSJ; proofread same | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 7/27/2015 | SAH | Draft/edit Reply Brief in support of MSJ | 1 | $300 | $300.00 | 0.3 | 90 |
| 7/27/2015 | TEL | Draft/edit Reply memorandum in DC litigation; review/analyze case law and statutes | 2 | $350 | $700.00 | 0.3 | 210 |
| 7/28/2015 | TEL | Draft/edit Reply memorandum in DC litigation | 3 | $350 | $1050.00 | 0.3 | 315 |
| 7/29/15 | HWA | Work on response to statement of facts; review S. Hodes brief edits | 2.5 | $200 | $500.00 | 0.3 | 150 |
| 7/29/2015 | TEL | Draft/edit Reply memorandum in DC litigation | 3.3 | $350 | $1155.00 | 0.3 | 346.5 |

| Date | Initials | Description | Hours | Rate | Amount | | |
|------|----------|-------------|-------|------|--------|---|---|
| 7/30/2015 | TEL | Draft/edit Reply memorandum in DC litigation; consultation with client regarding same | 3.3 | $350 | $1155.00 | 0.3 | 346.5 |
| 7/31/2015 | TEL | Draft/edit Reply memorandum in DC litigation; consultation with client regarding same | 4.3 | $350 | $1505.00 | 0.3 | 451.5 |
| 8/1/2015 | CCA | Review latest draft Reply Brief. Annotate and email TL. | 1.3 | $75 | $97.50 | 0.3 | 29.25 |
| 8/1/2015 | TEL | Draft/edit Reply memorandum in DC litigation; consultation with client and co-counsel regarding same | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 8/2/2015 | CCA | Review and emails TL re Reply Brief. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 8/2/2015 | TEL | Draft/edit Reply memorandum in DC litigation; consultation with client and co-counsel regarding same | 5.7 | $350 | $1995.00 | 0.3 | 598.5 |
| 8/3/2015 | CCA | Emails TL re Touhy, HB visit, Granger, Rappe. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 8/3/2015 | CCA | Process and emails TL re Exhibit A. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 8/3/2015 | CCA | Review re draft Reply, emails TL. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 8/3/15 | HWA | Review draft MSJ brief; comment on same | 0.2 | $200 | $40.00 | 0.3 | 12 |
| 8/3/2015 | TEL | Draft/edit Reply memorandum in DC litigation; consultation with client and co-counsel regarding same | 5.5 | $350 | $1925.00 | 0.3 | 577.5 |
| 8/4/2015 | CCA | Proof final Reply, email TL. | 0.7 | $75 | $52.50 | 0.3 | 15.75 |
| 8/4/2015 | CCA | Redact final Reply and revise as per TL. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 8/4/15 | HWA | Study final draft of MSJ and make last round of comments | 0.3 | $200 | $60.00 | 0.3 | 18 |
| 8/4/2015 | TEL | Draft/edit Reply memorandum in DC litigation; consultation with client and co-counsel regarding same; file brief and associated documents | 6.5 | $350 | $2275.00 | 0.3 | 682.5 |
| 8/5/2015 | CCA | Review Granger court docs from Gailey as per TL. | 1.8 | $75 | $135.00 | 0.3 | 40.5 |
| 8/7/2015 | CCA | Review Gailey Fed Dist docs. | 1.4 | $75 | $105.00 | 0.3 | 31.5 |
| 8/9/2015 | CCA | Further review Gailey Fed Dist docs. | 1.5 | $75 | $112.50 | 0.3 | 33.75 |
| 8/10/2015 | CCA | Emails TL re filings. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 8/10/2015 | CCA | Draft detailed email TL re Gailey Granger materials. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 8/12/2015 | CCA | Review detailed Gailey background report re Granger. | 1 | $75 | $75.00 | 0.3 | 22.5 |
| 8/25/15 | HWA | Review and make comments to draft reply | 0.7 | $200 | $140.00 | 0.3 | 42 |
| 9/20/2015 | CCA | Research DC docket. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 9/20/2015 | CCA | Research re DC 3-4-2015 transcript. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 10/7/2015 | TEL | Review/analyze Order from DC OCT regarding hearing and additional in camera review; consultation with client and co-counsel regarding same | 0.7 | $350 | $245.00 | 0.3 | 73.5 |
| 10/9/2015 | TEL | Consultation with AUSA regarding scheduling in DC OCT case; review proposed consent motion and Order | 1.3 | $350 | $455.00 | 0.3 | 136.5 |

| Date | Initials | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|
| 10/21/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC DCT; consultation with client regarding same | 1.1 | $350 | $385.00 | 0.3 | 115.5 |
| 10/22/15 | HWA | Study MSJ briefs and review cases to prepare oral argument outline | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 10/22/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC DCT; consultation with client regarding same | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 10/23/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC DCT; consultation with client regarding same | 1.5 | $350 | $525.00 | 0.3 | 157.5 |
| 10/24/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC DCT; consultation with client regarding same | 1.6 | $350 | $560.00 | 0.3 | 168 |
| 10/26/2015 | CCA | Research, tcs Granger defense attorneys. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 10/27/2015 | CCA | Research, tcs Granger defense attorneys. | 1 | $75 | $75.00 | 0.3 | 22.5 |
| 10/27/2015 | CCA | Email TL re Granger attorneys. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 10/28/2015 | CCA | Draft email TL re Granger litigation. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 10/29/2015 | CCA | Research re DC reporter. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 10/29/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC OCT; consultation with client regarding same | 2.6 | $350 | $910.00 | 0.3 | 273 |
| 10/31/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC DCT; consultation with client regarding same | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 11/2/2015 | CCA | Research re and tcs DC reporter; email TL. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 11/2/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC OCT; consultation with client regarding same | 2.7 | $350 | $945.00 | 0.3 | 283.5 |
| 11/3/15 | HWA | Travel to DC | 2.5 | $200 | $500.00 | 0.3 | 150 |
| 11/3/2015 | TEL | Draft/revise oral argument preparation; review prior briefing and record before the DC DCT; consultation with client regarding same | 6 | $350 | $2100.00 | 0.3 | 630 |
| 11/4/2015 | CCA | Revew, download, file DC minute order. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 11/4/15 | HWA | Prepare for oral argument with T. Lewis; attend oral argument; meet with T. Lewis re: post-argument strategy session; travel from DCA to GSP | 6.75 | $200 | $1350.00 | 0.3 | 405 |
| 11/4/2015 | SAH | Attend motions hearing | 2 | $300 | $600.00 | 0.3 | 180 |
| 11/4/2015 | TEL | DC motions hearing; preparation and appearance (travel); consultation with co-counsel and client regarding same | 12 | $350 | $4200.00 | 0.3 | 1260 |
| 11/5/2015 | SAH | Prepare analysis of FOIA issues discussed at conference | 0.3 | $300 | $90.00 | 0.3 | 27 |
| 11/5/2015 | TEL | Review/analyze DC Hearing Transcript; formulate action list going forward; consultation with client and co-counsel | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 11/6/15 | HWA | Prepare draft motion to redact transcript; study transcript to mark proposed redactions; multiple emails with T. Lewis | 1 | $200 | $200.00 | 0.3 | 60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/6/2015 | TEL | Review/analyze DC Hearing Transcript; formulate action list going forward; consultation with client and co-counsel | 2 | $350 | $700.00 | 0.3 | 210 |
| 11/9/15 | HWA | Re-read transcript to confirm appropriate redactions; prepare draft email to DOJ r: preserving documents and fee petition; multiple emails with T. Lewis | 0.4 | $200 | $80.00 | 0.3 | 24 |
| 11/10/15 | HWA | Draft proposed motion and order to continue fee petition deadline; email T. lewis re: strategy vis-à-vis DOJ | 0.2 | $200 | $40.00 | 0.3 | 12 |
| 11/16/15 | HWA | Teleconference with T. Lewis re: FOIA strategy in light of gov't decision to withhold documents | 0.1 | $200 | $20.00 | 0.3 | 6 |
| 11/17/2015 | CCA | Review and print correspondence and docket re DC. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 11/17/2015 | TEL | Review/analyze DC DCT correspondence; consultation with opposing counsel; draft/file motion to stay fee application; consultation with co- counsel regarding next steps in DC DCT | 1.9 | $350 | $665.00 | 0.3 | 199.5 |
| 11/18/2015 | CCA | Download, file, process, review government production (DC). | 4.5 | $75 | $337.50 | 0.3 | 101.25 |
| 11/18/2015 | TEL | Consultation with opposing counsel regarding rolling production in DC FOIA case; Review/analyze DOJ FOIA production | 2.1 | $350 | $735.00 | 0.3 | 220.5 |
| 11/19/2015 | CCA | Emails TL re Vaughn Index, Friedman in Govt Production. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 11/19/2015 | TEL | Review/analyze DOJ FOIA production; consultation with opposing counsel regarding same | 1.5 | $350 | $525.00 | 0.3 | 157.5 |
| 11/20/2015 | TEL | Review/analyze DOJ FOIA production; consultation with client and co- counsel regarding same | 0.8 | $350 | $280.00 | 0.3 | 84 |
| 11/23/2015 | TEL | Review/analyze DOJ FOIA production; consultation with client and co- counsel regarding same | 1.7 | $350 | $595.00 | 0.3 | 178.5 |
| 11/23/2015 | TEL | Consultation with opposing counsel regarding consent to Vaughn and schedule for objections to production | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 11/24/2015 | TEL | Review/analyze DOJ FOIA production; consultation with client and co- counsel regarding same | 1.4 | $350 | $490.00 | 0.3 | 147 |
| 11/25/15 | HWA | Draft motion to modify schedule in DC litigation | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 11/25/2015 | TEL | Consultation with opposing counsel regarding consent to Vaughn and schedule for objections to production | 0.3 | $350 | $105.00 | 0.3 | 31.5 |
| 11/29/2015 | CCA | Review Govt production, create bookmarks, split into constituent | 3 | $75 | $225.00 | 0.3 | 67.5 |
| 11/29/2015 | CCA | Emails TL re Govt production, duplicates, Granger signing for supervisor. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 11/29/15 | HWA | Draft objection to DOJ production; review numerous emails re: same | 0.4 | $200 | $80.00 | 0.3 | 24 |
| 11/29/2015 | TEL | Draft consent motion & objections to DOJ production | 1.5 | $350 | $525.00 | 0.3 | 157.5 |
| 11/30/2015 | TEL | Review/analyze EOUSA Motion for Clarification; consultation with client and co-counsel regarding same | 0.8 | $350 | $280.00 | 0.3 | 84 |

| Date | Initials | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|
| 12/1/2015 | CCA | Download DC docket, entries. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 12/1/2015 | CCA | Emails TL re Morgan Index; GU. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 12/1/2015 | CCA | Revew Morgan Index. Research doc we have from 46 boxes. Identify other entries. | 0.7 | $75 | $52.50 | 0.3 | 15.75 |
| 12/1/2015 | SAH | Draft/edit Motion for Clarification | 1 | $300 | $300.00 | 0.3 | 90 |
| 12/1/2015 | TEL | Review/analyze government's Morgan index and motion for clarification | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 12/2/2015 | CCA | Research EDNY discovery re if Morgan document included. Email TL. | 3 | $75 | $225.00 | 0.3 | 67.5 |
| 12/2/2015 | CCA | Research re defendant names from production. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 12/3/2015 | TEL | Review/analyze government's Morgan index and motion for clarification. | 1 | $350 | $350.00 | 0.3 | 105 |
| 12/4/2015 | CCA | Draw up names of Granger case defendants for Gailey; email TL. | 0.6 | $75 | $45.00 | 0.3 | 13.5 |
| 12/4/15 | HWA | Work on objection to gov't production / Morgan issue; research re: same | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 12/4/2015 | TEL | Draft/revise objections to EOUSA production | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 12/5/15 | HWA | Continue work on objection; teleconference with T. Lewis re: strategy; study publicly released couments | 4 | $200 | $800.00 | 0.3 | 240 |
| 12/5/2015 | TEL | Draft/revise objections to EOUSA production | 0.7 | $350 | $245.00 | 0.3 | 73.5 |
| 12/6/15 | HWA | Teleconference with T. Lewis re: briefing strategy; work on response to motion to clarify | 1.1 | $200 | $220.00 | 0.3 | 66 |
| 12/7/15 | HWA | Finish drafting response to motion to clarify; draft shell declaration for C. Arnwine | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 12/7/2015 | TEL | Draft/revise response to DOJ Motion to Clarify; draft/revise objections to EOUSA production; consultation with client and co-counsel regarding same | 1.8 | $350 | $630.00 | 0.3 | 189 |
| 12/8/2015 | CCA | Identify Camillo-Montoya, GF docs in production that may in Morgan Index for decl, filing. | 0.7 | $75 | $52.50 | 0.3 | 15.75 |
| 12/8/2015 | CCA | Draft decl for filing. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 12/8/2015 | TEL | Draft/revise response to DOJ Motion to Clarify; | 3 | $350 | $1050.00 | 0.3 | 315 |
| 12/9/2015 | CCA | Edit Decl, Review Objection re Morgan filing and annotate for decl. Prepare exhs. | 1.5 | $75 | $112.50 | 0.3 | 33.75 |
| 12/9/2015 | CCA | Email TL re Klampfer, Granger patterns; Decl. | 0.6 | $75 | $45.00 | 0.3 | 13.5 |
| 12/9/15 | HWA | Teleconference with T. Lewis re: DC litigation; review draft objection and make comments re: same; email with T. lewis; study Vaughn index, Morgan index, and accompanying declarations | 1.5 | $200 | $300.00 | 0.3 | 90 |
| 12/9/2015 | SAH | Draft/edit objection to motion for clarification | 0.4 | $300 | $120.00 | 0.3 | 36 |
| 12/9/2015 | TEL | Draft/revise response to DOJ Motion to Clarify; draft/revise objections to EOUSA production; consultation with client and co-counsel regarding same | 2 | $350 | $700.00 | 0.3 | 210 |
| 12/10/2015 | CCA | Email TL re KC. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 12/10/2015 | CCA | Research DC docket items, download for HB. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 12/10/15 | HWA | Draft email to T. Lewis re: insert for Morgan objection | 0.1 | $200 | $20.00 | 0.3 | 6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/10/2015 | TEL | Draft/revise response to DOJ Motion to Clarify; draft/revise objections to EOUSA production; consultation with client and co-counsel regarding same | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 12/11/2015 | CCA | Research re Granger cites in 103 txes. Email TL. | 0.5 | $75 | $37.50 | 0.3 | 11.25 |
| 12/11/15 | HWA | Study draft objection and supporting materials; email T. Lewis re: suggested edits to same | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 12/11/2015 | TEL | Draft/revise response to DOJ Motion to Clarify; draft/revise objections to EOUSA production; consultation with client and co-counsel regarding same | 2 | $350 | $700.00 | 0.3 | 210 |
| 12/12/2015 | TEL | Draft/revise response to DOJ Motion to Clarify; draft/revise objections to EOUSA production; consultation with client and co-counsel regarding same | 2 | $350 | $700.00 | 0.3 | 210 |
| 12/14/2015 | CCA | Review and edit decl, confirm exhs. Emails TL. | 1 | $75 | $75.00 | 0.3 | 22.5 |
| 12/14/15 | HWA | Multiple teleconferences and emails with T. Lewis re: DOJ's forthcoming motion for protective order; propose revisions to Govt's draft consent | 0.3 | $200 | $60.00 | 0.3 | 18 |
| 12/14/2015 | TEL | Final edits and filing of objections to DOJ Motion to Clarify and production | 3.5 | $350 | $1225.00 | 0.3 | 367.5 |
| 12/15/2015 | CCA | Draft doc re DOJ production. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 12/16/2015 | CCA | Download, review filing re objections to Morgan, Vaughn. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 12/18/2015 | CCA | DC docket research. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 12/21/15 | HWA | Email T. Lewis re: Bloomgarden's thoughts on current briefing strategy | 0.1 | $200 | $20.00 | 0.3 | 6 |
| 12/24/2015 | CCA | Revew Response to Protective Order in DC, prepare for HB. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 12/28/15 | HWA | Review DOJ reply brief and email T. Lewis re: same | 0.1 | $200 | $20.00 | 0.3 | 6 |
| 1/4/2016 | TEL | Prepare for DC hearing; review/analyze prior DC DCT filings; consultation with client and co-counsel regarding same | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 1/5/2016 | SAH | Attend status conference | 2 | $300 | $600.00 | 0.3 | 180 |
| 1/5/2016 | TEL | Appear in DC for hearing (travel); preparation for same | 10 | $350 | $3500.00 | 0.3 | 1050 |
| 1/6/2016 | CCA | Research DC case docket, Huvelle order. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 1/6/2016 | CCA | Initial review New DOJ production, emails TL. | 1.5 | $75 | $112.50 | 0.3 | 33.75 |
| 1/6/16 | HWA | Teleconference with T. Lewis; review multiple emails from T. Lewis; review draft motion for Vaughn index | 0.6 | $200 | $120.00 | 0.3 | 36 |
| 1/7/16 | HWA | Draft motion re: amend January 6 Order; review Gov't production; Study transcript of DC hearing; email T. Lewis re: same | 0.5 | $200 | $100.00 | 0.3 | 30 |
| 1/8/16 | HWA | Draft motion to seal USA brief and prepared redacted version of same | 0.3 | $200 | $60.00 | 0.3 | 18 |
| 1/11/2016 | CCA | Download DOJ notice of compliance. Research re decls. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 1/11/2016 | SAH | Review EOUSA release of documents | 0.5 | $300 | $150.00 | 0.3 | 45 |
| 1/12/2016 | CCA | Research re DOJ decls, notice or compliance. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 1/12/2016 | CCA | Research re and email TL re new DOJ production. Search re Klampfer, Ingalls, etc. | 1 | $75 | $75.00 | 0.3 | 22.5 |
| 1/12/16 | HWA | Review newly released documents from DC | 1.5 | $200 | $300.00 | 0.3 | 90 |

| Date | Initials | Description | Hours | Rate | Amount | | |
|------|----------|-------------|-------|------|--------|---|---|
| 1/12/2016 | TEL | Review/analyze re-release of DOJ production; consultation with counsel and client regarding same | 1.7 | $350 | $595.00 | 0.3 | 178.5 |
| 1/19/2016 | TEL | Draft/revise Motion for Vaughn Index | 2.2 | $350 | $770.00 | 0.3 | 231 |
| 1/20/2016 | SAH | Draft/edit Motion for Vaughn | 0.3 | $300 | $90.00 | 0.3 | 27 |
| 1/20/2016 | TEL | Draft/revise Motion for Vaughn Index | 1.1 | $350 | $385.00 | 0.3 | 115.5 |
| 1/22/2016 | CCA | Email Gailey re Granger hrg locates. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 1/23/2016 | TEL | Draft/revise Motion for Vaughn Index | 2.3 | $350 | $805.00 | 0.3 | 241.5 |
| 1/25/2016 | CCA | Emails TL re Granger wits. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 1/25/2016 | CCA | Review draft Vaughn motion. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 1/25/16 | HWA | Review and make comments on revised motion for Vaughn index; correspond with T. Lewis and S. Hodes re: same | 0.2 | $200 | $40.00 | 0.3 | 12 |
| 1/25/2016 | TEL | Finalize draft and exhibits for Vaughn; consultation with 1.6 440.00 client and co-counsel regarding same | 1.6 | $350 | $560.00 | 0.3 | 168 |
| 1/26/2016 | TEL | Consultation with co-counsel regarding next steps in DC DCT case | 0.7 | $350 | $245.00 | 0.3 | 73.5 |
| 2/5/2016 | CCA | Tcs EDNY clerk office; research re NARA. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 2/5/2016 | CCA | Research re Klampfer atty Borg. | 0.2 | $75 | $15.00 | 0.3 | 4.5 |
| 2/5/16 | HWA | Study MSJ opinion and consider next steps re: same | 0.2 | $200 | $40.00 | 0.3 | 12 |
| 2/5/2016 | TEL | Review/analyze DC opinion regarding 35-page letter under FOIA, consultation with co-counsel and client regarding same | 1.5 | $350 | $525.00 | 0.3 | 157.5 |
| 2/8/2016 | CCA | Research re DC docket, order, opinion. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 2/9/2016 | CCA | Tc NARA KC. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 2/9/2016 | CCA | Review Resp to Motion to Show Cause. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 2/9/2016 | CCA | Review New Govt production, break down. Create chart re differences in | 4 | $75 | $300.00 | 0.3 | 90 |
| 2/11/16 | HWA | Draft motion to seal | 0.1 | $200 | $20.00 | 0.3 | 6 |
| 2/12/2016 | CCA | Followup w NARA re Klampfer file. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 2/12/2016 | CCA | Draft detailed email TL re DOJ break down, incl review Govt Opp re Vaughn. | 0.6 | $75 | $45.00 | 0.3 | 13.5 |
| 2/14/16 | HWA | Review motion for Vaughn index; draft reply in support of same | 1.2 | $200 | $240.00 | 0.3 | 72 |
| 2/14/2016 | TEL | Draft/revise reply in support of Motion for Vaughn, consultation with co- counsel regarding same | 0.5 | $350 | $175.00 | 0.3 | 52.5 |
| 2/15/2016 | CCA | DC case: review Resp to OSC, Vaughn Reply. | 0.3 | $75 | $22.50 | 0.3 | 6.75 |
| 2/15/2016 | CCA | Review new DOJ production, pull docs. Identify newly produced cases, docs. Email TL. | 0.9 | $75 | $67.50 | 0.3 | 20.25 |
| 2/15/2016 | CCA | Email TL re HB on Vaughn Reply. | 0.1 | $75 | $7.50 | 0.3 | 2.25 |
| 2/15/16 | HWA | Revise drafts of reply re: Vaughn and response to show cause | 0.3 | $200 | $60.00 | 0.3 | 18 |

| Date | Person | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|
| 2/15/2016 | TEL | Draft/revise reply in support of Motion for Vaughn, consultation with co- counsel regarding same | 1.2 | $350 | $420.00 | 0.3 | 126 |
| 2/16/2016 | CCA | Pull Sternlicht Coop agreement; other research re new DOJ production. | 0.4 | $75 | $30.00 | 0.3 | 9 |
| 2/16/2016 | TEL | Final edits and filing of reply in support of Motion for Vaughn, consultation with co-counsel regarding same | 1.8 | $350 | $630.00 | 0.3 | 189 |
| 2/17/2016 | CCA | Research re DC docket. | 0.3 | $75 | $22.50 | 0 | 0 |
| 2/17/2016 | TEL | Review/analyze DC Ct Order granting Motion for Vaughn, consultation with co-counsel regarding same | 0.5 | $350 | $175.00 | 0 | 0 |
| 3/3/2016 | CCA | Initial drafting of memo re defendants in similar position to HB re Granger from new production. | 0.3 | $75 | $22.50 | 0 | 0 |
| 3/3/2016 | CCA | Research re DOJ new production. Review, mark documents. | 0.7 | $75 | $52.50 | 0 | 0 |
| 3/7/2016 | CCA | Research re New DOJ production, documents of interest. Emails TL. | 1 | $75 | $75.00 | 0 | 0 |
| 3/8/2016 | CCA | Research re, pull docs, revise memo re DOJ new production; cases similar to HB and codefendants similar to HB. | 3 | $75 | $225.00 | 0 | 0 |
| 3/8/2016 | CCA | Draft email TL re memo re DOJ new production; cases similar to HB and codefendants similar to HB. | 0.2 | $75 | $15.00 | 0 | 0 |
| 4/5/2016 | CCA | Numerous emails EDNY court reporters re transcripts. Order Klampfer addl tx. (135.18) | 0.2 | $75 | $15.00 | 0 | 0 |
| 4/5/2016 | CCA | Prepare and overnight mail Court Reporter re Klampfer as per HB. (USPS 22.95) | 0.3 | $75 | $22.50 | 0 | 0 |
| 4/6/2016 | CCA | Download, process, review, Klampfer tx. | 0.4 | $75 | $30.00 | 0 | 0 |
| 4/20/2016 | CCA | Download new Govt production re Vaughn index, process and file. | 0.3 | $75 | $22.50 | 0 | 0 |
| 4/20/16 | HWA | Teleconference with T. Lewis; study new Vaughn index | 0.7 | $200 | $140.00 | 0 | 0 |
| 4/21/2016 | SAH | Review EOUSA release of documents and revised Vaughn index | 1.5 | $300 | $450.00 | 0 | 0 |
| 4/21/2016 | TEL | Review EOUSA release of documents and revised Vaughn index | 3 | $350 | $1050.00 | 0 | 0 |
| 4/24/2016 | CCA | Review new Govt Vaughn production re proffer agreements, extract. | 0.7 | $75 | $52.50 | 0 | 0 |
| 5/1/2016 | CCA | Review Vaughn Index/production, email TL. | 1.5 | $75 | $112.50 | 0 | 0 |
| 5/2/2016 | CCA | Review Vaughn Index/production, email TL. | 1.5 | $75 | $112.50 | 0 | 0 |
| 5/2/2016 | TEL | Consultation with client and co-counsel regarding DC DCT Vaughn index; review government's Vaughn and segregability disclosures; prepare notice of contested withholdings | 2.5 | $350 | $875.00 | 0 | 0 |
| 5/3/2016 | TEL | Review government's Vaughn and segregability disclosures; prepare notice of contested withholdings | 1.3 | $350 | $455.00 | 0 | 0 |
| 5/5/2016 | TEL | Review government's Vaughn and segregability disclosures; prepare notice of contested withholdings | 2.1 | $350 | $735.00 | 0 | 0 |

| Date | Atty | Description | Hours | Rate | Amount | | |
|------|------|-------------|-------|------|--------|---|---|
| 5/6/2016 | TEL | Review government's Vaughn and segregability disclosures; prepare notice of contested withholdings; file same | 1.4 | $350 | $490.00 | 0 | 0 |
| 6/2/16 | HWA | Prepare motion to seal; prepare draft MSJ order | 0.4 | $200 | $80.00 | 0 | 0 |
| 6/8/2016 | SAH | Compile time table for application for attorney's fees and sanctions | 1.5 | $300 | $450.00 | 0.3 | 135 |
| 6/18/16 | HWA | Research fee awards; begin drafting brief re: motion for fees | 3 | $200 | $600.00 | 0.3 | 180 |
| 6/28/2016 | TEL | Compile time table for application for attorney's fees and sanctions | 2 | $350 | $700.00 | 0.3 | 210 |
| 7/5/2016 | TEL | Compile time table for application for attorney's fees and sanctions | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| 7/6/2016 | TEL | Compile time table for application for attorney's fees and sanctions | 2 | $350 | $700.00 | 0.3 | 210 |
| | HWA | Reply Brief | 4 | $200 | $800.00 | 0.3 | 240 |
| | TEL | Reply Brief | 2.5 | $350 | $875.00 | 0.3 | 262.5 |
| | | | | | **TOTAL $43,617.00** | | |

Fees      $43,617.00
Costs      + $1,901.23

**Total**      **$45,518.23**